UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIN PTHLONG,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:22-cv-1558-DC-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 15, 18, 21, 29) |

Plaintiff Damarin Pthlong initiated this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for benefits. (ECF No. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2025, the Magistrate Judge filed findings and recommendations recommending that Plaintiff's motion for summary judgment (ECF No. 18) be denied, that Defendant's cross-motion (ECF No. 21) be granted, and that the Commissioner's final decision be affirmed. (ECF No. 29). The findings and recommendations advised the parties that objections were due within fourteen days. On February 12, 2025, Plaintiff filed objections to the findings and recommendations, which the Court has considered. (ECF No. 30). Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 30, 2025 (ECF No. 29) are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment (ECF No. 18) is DENIED;
3. Defendant's cross-motion for summary judgment (ECF No. 21) is GRANTED;
4. The Commissioner's final decision is AFFIRMED;
5. The Clerk of the Court is directed to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff; and
6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**September 24, 2025**__

Dena Coggins
United States District Judge